IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Daniel Allan Schneider, | ) |
|            Plaintiff, | ) ) ) Case No. 3:06-cv-64 |
| -vs- | ) ) **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| Ben Kennelly, Case Manager; Devin Arthrud, COS; Chad Pringle, Case Manager; Stewart Baumgartner, Head Case Manager; and Don Redman, Warden, | ) ) ) ) ) |
|            Defendants. | ) |

Before the Court are cross-motions for summary judgment (Docs. #37, 42, & 43). The Court has received a Report and Recommendations from Magistrate Judge Karen K. Klein, recommending that Defendants' motion for summary judgment be granted and Plaintiff's complaint be dismissed with prejudice. No party has filed an objection within the requisite time.

The Court has reviewed the Report and Recommendations, along with the entire file, and agrees with the Magistrate Judge's analysis and recommendations. Accordingly, the Court hereby adopts the Report and Recommendations in its entirety. For the reasons stated therein, Defendants' motion for summary judgment is **GRANTED**, Plaintiff's motions for summary judgment are **DENIED**, and Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED. LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 14th day of September, 2009.

                                          */s/   Ralph R. Erickson*
                                          Ralph R. Erickson, District Judge
                                          United States District Court